DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSEPH J. ARENA, M.D.,**
Appellant,

v.

**NAT LORENTE AYURVEDA CORP.** d/b/a
**DHARMA NUTRITION CLINIC,**
Appellee.

No. 4D2025-3109

[March 18, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Reid Parker Scott, II, Judge; L.T. Case No. 502024CA008194.

Brad Elliott Kelsky of Kelsky Law, P.A., Plantation, for appellant.

Douglas Howard Stein of Douglas H. Stein, P.A., Coral Gables, for appellee.

PER CURIAM.

Appellant Joseph J. Arena, M.D., appeals an order denying his motion for leave to amend his complaint to plead punitive damages claims and to name an additional defendant. We affirm without comment the denial of Dr. Arena's motion for leave to amend the complaint to plead punitive damages claims. We dismiss the appeal for lack of jurisdiction as to the denial of Dr. Arena's motion for leave to amend the complaint to name an additional defendant. *See* Fla. R. App. P. 9.130(a); *Buysmart Ins. Inc. v. Chirinos*, 400 So. 3d 703, 704 (Fla. 3d DCA 2024).

*Affirmed in part; dismissed in part.*

GROSS, MAY and SHAW, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***